■ In the Matter of the Arbitration between MARY L. CAMPOS, Appellant, and DONALD M. KELLY et al., Respondents. [616 NYS2d 264] —Appeals (1) from an order of the Supreme Court (Monserrate, J.), entered December 13, 1993 in Broome County, which, *inter alia,* granted the cross application of respondents Dorothy M. Hassert and Nationwide Insurance Company pursuant to CPLR 7503 to permanently stay arbitration between the parties, and (2) from the judgment entered thereon.

Order and judgment affirmed, upon the opinion of Justice Patrick D. Monserrate.

Cardona, P. J., Mikoll, Mercure, White and Casey, JJ., concur. Ordered that the order and judgment are affirmed, with costs.

■ In the Matter of the Claim of ROSE PERROTTA, Appellant. JOHN F. HUDACS, as Commissioner of Labor, Respondent. [616 NYS2d 561] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed July 12, 1993, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Claimant left her job of four years to relocate with her husband to Florida. Although claimant's husband was ill, there was no evidence in the record that he was given any medical advice to move to a warmer climate nor was there evidence that claimant's presence in Florida was needed to care for him. Under the circumstances, substantial evidence exists to support the Board's conclusion that claimant voluntarily left her employment without good cause.

Cardona, P. J., White, Casey, Weiss and Peters, JJ., concur. Ordered that the decision is affirmed, without costs.